UNITED STATES BANKRUPTCY COURT
District of Kansas

In re:  )
Misty Havenstein  )
  )  Case No.   13-223027
  )
Debtor(s)  )

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.

Date:  September 7, 2016          /s/ Misty Havenstein
                                   Debtor

Mack & Associates, LLC
2850 SW Mission Woods Drive
Topeka, KS 66614-5616
adam.mack@kansasjustice.com

T Mobile

PO Box 790047

St Louis MO 63179


Sequenom Center for Molecular Medicine

Dept LA 24114

Pasadena CA 91185


Optum RX

PO Box 9040

Carlsbad CA 92018


CFCC @ Associates

2000 SW Gage Blvd

Topeka KS 66604


Saint Luke's

PO Box 505327

St Louis MO 63150